734

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN HUGHES, Respondent, v. WARDEN OF SUFFOLK COUNTY JAIL, Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.

## (March 12, 1971)

■ In the Matter of AARON STEIN, Respondent, v. JOSEPH A. CORSO, JR., as Clerk of the Incorporated Village of FLOWER HILL, Appellant, and NORMAN ROWE, Respondent.—

Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ., concur.

■ In the Matter of THOMAS A. RICE, Respondent, v. JOSEPH M. VITELLI, as Village Clerk and Village Election Officer of the Incorporated Village of Lynbrook, Respondent, and MICHAEL KOSTYRKA et al., Appellants.—

Latham, Acting P. J., Shapiro, Gulotta, Brennan and Benjamin, JJ, concur.